# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-00462-RGK-KS | Date | March 14, 2023 |
|---|---|---|---|
| Title | *Keith Carroll v. Bombas LLC* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendant:

Not Present      Not Present

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Why Plaintiff's First Amended Complaint Should Not Be Dismissed for Improper Venue**

On February 13, 2023, Keith Carroll ("Plaintiff") filed a First Amended Complaint ("FAC") against Bombas LLC ("Defendant"), asserting a single claim for violation of the Video Privacy Protection Act. (ECF No. 18.) On February 27, 2023, Defendant filed a Motion to Dismiss the FAC. (ECF No. 20.) That same day, however, Plaintiff filed a declaration in an unrelated case, admitting that he is a resident of Virginia. Carroll Decl. ¶ 2, *Carroll v. La-Z Boy Inc.*, No. 4:22-cv-08961-JSW (N.D. Cal. February 27, 2023), ECF No. 20-6. Subsequently, Defendant raised Plaintiff's admission with the Court in its Reply brief, arguing that the instant action should be dismissed for improper venue. Plaintiff has not had an opportunity to brief the Court on this issue.

Accordingly, the Court orders Plaintiff to show cause in writing within five (5) days of the issuance of this Order why the Court should not dismiss the instant action for improper venue. Plaintiff's response must be no more than five (5) pages in length.

**IT IS SO ORDERED.**

                                        _____ : _____

                    Initials of Preparer      JRE/sf